FILED
2012 Aug-09 PM 02:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| SOUTHLAND HEALTH ) | |
| SERVICES, INC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | 7:08-cv-2414-LSC |
| ) | |
| BANK OF VERNON, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

In accordance with the contemporaneously entered Memorandum of Opinion, the motion for summary judgment filed by Defendant Citizens State Bank (Doc. 117) is GRANTED, and its earlier-filed motion (Doc. 115) is MOOT. The claims against Citizens are hereby DISMISSED with prejudice. Citizens' motion to strike (Docs. 129, 130, 131) are each GRANTED IN PART as stated in the Memorandum of Opinion.

The motion for summary judgment file by Defendants Bank of Vernon and West Alabama Bank & Trust (Doc. 118) is GRANTED IN PART to the extent that it seeks an order to compel arbitration. The claims against Bank of Vernon and West Alabama Bank & Trust are DISMISSED without prejudice, and Plaintiffs are DIRECTED to

pursue any such claims through arbitration. Following arbitration, any party involved may petition the Court for an enforcement of the arbitration award.

The motion for summary judgment filed by Defendants Clanton Dubose, Dudley Bell, and T. Allen Walls (Doc. 119) is GRANTED IN PART and DENIED IN PART. It is GRANTED as to Count One, and DENIED as to Counts Three, Nine, and Twelve. The claims against Dubose, Bell, and Walls are hereby SEVERED FOR TRIAL, with a trial date of **September 24, 2012.** A pretrial conference will be held in chambers on **August 21, 2012**, at 1:30 p.m. (CDT), at the new Federal Building and Courthouse, located at 2005 University Boulevard, Tuscaloosa AL 35401.

Done this 9th day of August, 2012.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
[167037]