IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| SOUTHLAND HEALTH ) <br> SERVICES, INC., et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> BANK OF VERNON, et al., ) <br> ) <br> Defendants. ) | 7:08-cv-2414-LSC |

ORDER

The Court is in receipt of a joint stipulation of dismissal, filed by all remaining parties to this action on January 14, 2013. (Doc. 151.) Pursuant to the parties' joint stipulation, all pending claims and counterclaims in this action are dismissed without prejudice. Costs are taxed as paid.

Done this <u>15th</u> day of <u>January 2013</u>.



L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
[170956]